PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Shawnwilliams Santos                                                              Docket No. 1:21CR00068-7

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyona Stubbs, pretrial services/probation officer, presenting an official report upon the conduct of defendant Shawnwilliams Santos, who was placed under pretrial release supervision by the Honorable Judge Susan Hightower, sitting in the court at Western District of Texas-Austin Division on the 13th date of April, 2021 under the following conditions:

See Order Setting Conditions of Release dated April 13, 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 23, 2022, the defendant reported to Pretrial Services his struggling with his mental health, and has requested a modification for mental health treatment.

Assistant United States Attorney, Mark Marshall and Defense Attorney, Hans Viktor Olavson concurs with the recommendation of Pretrial Services.

The defendant is scheduled to appear at a Docket Call on April 25, 2022 before the Honorable Judge Lee Yeakel.

PRAYING THAT THE COURT WILL ORDER he defendant's bond be modified to include: Condition 7(h) get medical or psychiatric treatment as directed by pretrial services.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 03/28/2022

ORDER OF COURT

Considered and ordered this 29th day of March, 2022 and ordered filed and made a part of the records in the above case.

U.S. District Judge/Magistrate Judge

U.S. Pretrial Services Officer      Phone Number      +1 (512) 623-9934

Supervisory
U.S. Pretrial Services Officer      Phone Number      +1 (210) 818-7861

Place    U.S. Pretrial Services Office
         501 West 5th Street
         Austin, Texas 78701